# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| NOEL DAVILA, | Civil No. 20-150 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| UNITED STATES O/I CAP, ET AL., | |
| Defendants, | |

_____

Noel Davila, Reg. No. 14850-014, **FCI Butner Medium I**, P.O. Box 1000, Butner, NC 27509, pro-se plaintiff.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Plaintiff Davila's Complaint, in its entirety, is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b).

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 2, 2020
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court